BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00400 MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE FROM JANUARY 9, 2014, TO FEBRUARY 20, 2014** |
| BRET ALLAN NICHOLS, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 9, 2014.

2. By this stipulation, the parties now jointly move to continue the status conference until February 20, 2014, and to exclude time between January 9, 2014, and February 20, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government has represented that the discovery associated with this case includes material compiled as a result of the investigation of the defendant, and the

search of his residence. Included with this discovery is a significant amount of computer evidence. In addition, this case is linked with a recent federal prosecution in Florida. As such, material from that case may be relevant and material to this prosecution. Discovery from this case as well as the Florida case is being compiled for production and will be either produced directly to counsel and/or made available for inspection and copying as soon as it is available. The requested continuance is needed in order to allow for defense review of this discovery, and any further investigation that may be required as a result of that review

  b. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  c. The government does not object to the continuance.

  d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period of January 9, 2014 to February 20, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 3, 2014                          Respectfully Submitted,

                                                        BENJAMIN B. WAGNER
                                                        United States Attorney

                                        By:     */s/ Kyle Reardon*
                                                        KYLE REARDON
                                                        Assistant U.S. Attorney

Dated: January 3, 2014                          */s/ Kyle Reardon* for
                                                         RUSSELL MILLER
                                                         Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRET ALLAN NICHOLS,<br><br>　　　　Defendant. | CASE NO. 2:13-CR-00400 MCE<br><br>**ORDER CONTINUING STATUS CONFERENCE FROM JANUARY 9, 2014, UNTIL FEBRUARY 20, 2014** |

　　　　The parties' stipulation is approved and so ordered. The time beginning January 9, 2014, until February 20, 2014, is excluded from the calculation of time under the Speedy Trial Act. For the reasons contained in the parties' stipulation, this exclusion is appropriate to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

///
///
///
///
///
///

The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:  January 13, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT