BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 2:13-CR-00400 MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| BRET ALLAN NICHOLS, | ) **FROM FEBRUARY 27, 2014, TO APRIL** |
| | ) **24, 2014** |
| Defendant. | ) |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 27, 2014.

2. By this stipulation, the defendant now moves to continue the status conference until April 24, 2014, and to exclude time between February 27, 2014, and April 24, 2014 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government has represented that the discovery associated with this case includes several hundred pages of discovery. Included with this discovery is a significant

1 amount of computer evidence.  All of this discovery has been either produced directly to
2 counsel and/or made available for inspection and copying.

3       b. Counsel for defendant believes that failure to grant the above-requested
4 continuance would deny him the reasonable time necessary for effective preparation,
5 taking into account the exercise of due diligence.

6       c. The government does not object to the continuance.

7       d. Based on the above-stated findings, the ends of justice served by continuing
8 the case as requested outweigh the interest of the public and the defendant in a trial
9 within the original date prescribed by the Speedy Trial Act.

10       e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §
11 3161, et seq., the time period of February 27, 2014 to April 24, 2014, inclusive, is deemed
12 excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results
13 from a continuance granted by the Court at defendant's request on the basis of the
14 Court's finding that the ends of justice served by taking such action outweigh the best
15 interest of the public and the defendant in a speedy trial.

16    4. Nothing in this stipulation and order shall preclude a finding that other
17 provisions of the Speedy Trial Act dictate that additional time periods are excludable
18 from the period within which a trial must commence.

19 IT IS SO STIPULATED.

20 Dated: March 17, 2014          Respectfully Submitted,

21           BENJAMIN B. WAGNER
22           United States Attorney

23         By: */s/ Kyle Reardon*
24           KYLE REARDON
          Assistant U.S. Attorney

25

26 Dated: March 17, 2014          */s/ Kyle Reardon* for
          RUSSELL MILLER
27           Attorney for the Defendant

28

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BRET ALLAN NICHOLS,<br><br>    Defendant. | CASE NO. 2:13-CR-00400 MCE<br><br>**ORDER CONTINUING STATUS CONFERENCE FROM FEBRUARY 27, 2014, UNTIL APRIL 24, 2014** |

The parties' stipulation is approved and so ordered. The time beginning February 27, 2014, until April 24, 2014, is excluded from the calculation of time under the Speedy Trial Act. For the reasons contained in the parties' stipulation, this exclusion is appropriate to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: March 17, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT