BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>BRET ALLAN NICHOLS,<br><br>        Defendant. | CASE NO.  2:13-CR-00400 MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE FROM JULY 24, 2014, TO AUGUST 14, 2014** |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 24, 2014.

2. By this stipulation, the defendant now moves to continue the status conference until July 24, 2014, and to exclude time between July 24, 2014, and August 14, 2014 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The government has represented that the discovery associated with this case includes several hundred pages of discovery.  Included with this discovery is a significant

1 amount of computer evidence.  All of this discovery has been either produced directly to
2 counsel and/or made available for inspection and copying.  In addition, defense counsel
3 has been involved in other matters, to include trial in state court, that have limited his
4 ability to adequately prepare.

       b. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  In addition, the requested continuance is necessary to ensure continuity of counsel.

       c. The government does not object to the continuance.

       d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

       e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period of July 24, 2014 to August 14, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 23, 2014                         Respectfully Submitted,

                                             BENJAMIN B. WAGNER
                                             United States Attorney

                                       By:   */s/ Kyle Reardon*
                                             KYLE REARDON
                                             Assistant U.S. Attorney

Dated: July 23, 2014                         */s/ Kyle Reardon* for
                                             RUSSELL MILLER
                                             Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00400 MCE |
| Plaintiff, | |
| v. | **ORDER CONTINUING STATUS CONFERENCE FROM JULY 24, 2014, UNTIL AUGUST 14, 2014** |
| BRET ALLAN NICHOLS, | |
| Defendant. | |

The parties' stipulation is approved and so ordered. The time beginning July 24, 2014, until August 14, 2014, is excluded from the calculation of time under the Speedy Trial Act. For the reasons contained in the parties' stipulation, this exclusion is appropriate to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

///

///

///

///

///

///

1 | The interests of justice served by granting this continuance outweigh the best interests of
2 | the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).
3 |     IT IS SO ORDERED.
4 | Dated:  July 23, 2014

                                                  _____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT