1 **RUSSELL W. MILLER, JR. (CA SBN 187728)**
**Miller Law Group**
2 **901 H Street, Suite 107**
**Sacramento, CA  95814**
3 **Telephone:  (916) 447-7223**
**Facsimile:  (916) 444-6456**
4
**Attorney for Defendant,**
5 **BRET ALLAN NICHOLS**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ] | No. 2:13-CR-00400 MCE |
| | ] | |
| **Plaintiff** | ] | **STIPULATION AND** |
| | ] | **ORDER CONTINUING CHANGE** |
| v. | ] | **OF PLEA HEARING** |
| | ] | |
| **BRET ALLAN NICHOLS,** | ] | Date: November 20, 2014 |
| | ] | Time: 9:00 a.m. |
| **Defendant.** | ] | Ctrm: MCE |
| | ] | |
| _____ | ] | |

It is hereby stipulated and agreed to by Bret Allan Nichols, by and through his counsel Russell W. Miller, Jr., and the United States of America, by and through Assistant United States Attorney William Wong, that the change of plea hearing presently set for Thursday, November 20, 2014 at 9:00 a.m. be vacated and rescheduled for a change of plea hearing on January 8, 2015 at 9:00 a.m.

A continuance of the change of plea hearing is necessary because, Russell W. Miller, Jr., attorney for the defendant, has been in and is still conducting an in custody attempted murder jury trial (People v. Cornelius Jones 13F07431) in Department 33 of the Sacramento Superior Court with the Honorable Lawrence G. Brown presiding.  Russell W. Miller, Jr. has not had adequate time to review the plea agreement with the defendant.  Therefore, the parties request that the change of plea hearing be continued to January 8, 2015 at 9:00 a.m.

-1-

STIPULATION AND ORDER CONTINUING CHANGE OF PLEA HEARING

1   The parties further stipulate that the time from the currently set change of plea hearing on
2   November 20, 2014, through January 8, 2015, the requested date for the continued hearing, should be
3   excluded from computation of the time period in which trial should commence under the Speedy Trial
4   Act. The parties stipulate that, taking into account the exercise of due diligence, the ends of justice would
5   be served by the Court excluding that time period from computation due to defense counsel being in trial
6   on another matter and the need for defense counsel to have adequate time for preparation.  18 U.S.C.
7   §3161(h)(7)(B)(iv) and Local Code T4.

8   For these reasons, Mr. Nichols, his counsel and the government stipulate and agree that the ends
9   of justice served by granting the requested continuance of the change of plea hearing outweigh the best
10  interests of the public and Mr. Nichols in a speedy trial.

Dated: January 7, 2015

　　　　　　　　　　　　　　　　　　By: //s// Russell W. Miller, Jr.
　　　　　　　　　　　　　　　　　　　RUSSELL W. MILLER, JR.
　　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　　Bret Allan Nichols

Dated: January 7, 2015

　　　　　　　　　　　　　　　　　　//s// Russell W. Miller, Jr. for
　　　　　　　　　　　　　　　　　　By: William Wong
　　　　　　　　　　　　　　　　　　　WILLIAM WONG
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

-2-

STIPULATION AND ORDER CONTINUING CHANGE OF PLEA HEARING

**ORDER**

The change of plea hearing currently scheduled for November 20, 2014 at 9:00 a.m. is continued to January 8, 2015 at 9:00 a.m.  For the reasons stipulated by the parties, good cause exists pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4. Time is excluded under the Speedy Trial Act beginning November 20, 2014 through January 8, 2015.  For the reason set forth in the stipulation of the parties, the ends of justice served by granting this continuance outweigh the best interests of the public and Mr. Nichols in a speedy trial.  18 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4).

IT IS SO ORDERED.

DATED:  January 12, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER CONTINUING CHANGE OF PLEA HEARING