1  **RUSSELL W. MILLER, JR. (CA SBN 187728)**
   **Miller Law Group**
2  **901 H Street, Suite 612**
   **Sacramento, CA  95814**
3  **Telephone:  (916) 447-7223**
   **Facsimile:  (916) 444-6456**
4
   **Attorney for Defendant,**
5  **BRET ALLAN NICHOLS**

6
                    IN THE UNITED STATES DISTRICT COURT
7
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9
   **UNITED STATES OF AMERICA,**      ]        **No. 2:13-CR-00400 MCE**
10                                     ]
        **Plaintiff**                  ]        **STIPULATION AND**
11                                     ]        **ORDER CONTINUING CHANGE**
        **v.**                         ]        **OF PLEA HEARING**
12                                     ]
   **BRET ALLAN NICHOLS,**             ]        **Date:  March 19, 2015**
13                                     ]        **Time: 9:00 a.m.**
        **Defendant.**                 ]        **Ctrm: MCE**
14                                     ]
   _____       ]
15

16          It is hereby stipulated and agreed to by Bret Allan Nichols, by and through his counsel Russell W.

17  Miller, Jr., and the United States of America, by and through Assistant United States Attorney William

18  Wong, that the change of plea hearing presently set for Thursday, March 19, 2015 at 9:00 a.m. be vacated

    and rescheduled for a change of plea hearing on May 28, 2015 at 9:00 a.m.
19

20          A continuance of the change of plea hearing is necessary because, Russell W. Miller, Jr., attorney

21  for the defendant, was admitted to the emergency room at Sutter Memorial Hospital on the morning of

22  March 5, 2015 due to internal bleeding and urinary blockage.  Mr. Miller was released on March 6, 2015

    only to be re-admitted the following morning.  The medications prescribed to arrest the bleeding were
23
    negatively affecting recently performed heart procedures.  During this hospitalization a transfusion was
24
    required due to significant blood loss.  As a result of the hospitalizations, recovery and numerous doctor
25
    appointments, Russell W. Miller, Jr. has not had adequate time to review the plea agreement with the

                                            –1–

    STIPULATION AND ORDER CONTINUING CHANGE OF PLEA HEARING

1    defendant.  Therefore, the parties request that the change of plea hearing be continued to May 28, 2015 at

2    9:00 a.m.

3            The parties further stipulate that the time from the currently set change of plea hearing on March

4    19, 2015, through May 28, 2015, the requested date for the continued hearing, should be excluded from

5    computation of the time period in which trial should commence under the Speedy Trial Act. The parties

6    stipulate that, taking into account the exercise of due diligence, the ends of justice would be served by the

7    Court excluding that time period from computation due to defense counsel's illness and hospitalizations

8    and the need for defense counsel to have adequate time for preparation.  18 U.S.C. §3161(h)(7)(B)(iv) and

9    Local Code T4.

10           For these reasons, Mr. Nichols, his counsel and the government stipulate and agree that the ends

11   of justice served by granting the requested continuance of the change of plea hearing outweigh the best

12   interests of the public and Mr. Nichols in a speedy trial.

13   Dated: March 17, 2015

14                            By: //s// Russell W. Miller, Jr.

15                             RUSSELL W. MILLER, JR.
                          Attorney for Defendant,

16                             Bret Allan Nichols
Dated: March 17, 2015

17

18                            //s// Russell W. Miller, Jr. for
                         By: William Wong

19                             WILLIAM WONG
                          Assistant United States Attorney

20

21

22

23

24

25

STIPULATION AND ORDER CONTINUING CHANGE OF PLEA HEARING

1

**ORDER**

2        IT IS ORDERED that the change of plea hearing currently scheduled for March 19, 2015, at 9:00

3   a.m. is continued to May 28, 2015 at 9:00 a.m.  For the reasons stipulated by the parties, good cause

4   exists pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, time is excluded under the Speedy

5   Trial Act beginning March 19, 2015 through May 28, 2015.  For the reason set forth in the stipulation of

6   the parties, the ends of justice served by granting this continuance outweigh the best interests of the

7   public and Mr. Nichols in a speedy trial.  18 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4).

8        IT IS SO ORDERED.

9   Dated:  March 19, 2015

10

11                                                          _____
                                                            MORRISON C. ENGLAND, JR., CHIEF JUDGE
12                                                          UNITED STATES DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

---

STIPULATION AND ORDER CONTINUING CHANGE OF PLEA HEARING