**RUSSELL W. MILLER, JR. (CA SBN 187728)**
**Miller Law Group**
**901 H Street, Suite 612**
**Sacramento, CA  95814**
**Telephone:  (916) 447-7223**
**Facsimile:  (916) 444-6456**

**Attorney for Defendant,**
**BRET ALLAN NICHOLS**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ] | No. 2:13-CR-00400 MCE |
| ] | |
| Plaintiff     ] | STIPULATION AND |
| ] | ORDER CONTINUING JUDGMENT |
| ] | AND SENTENCING |
| ] | |
| BRET ALLAN NICHOLS,     ] | Date:  October 8, 2015 |
| ] | Time: 9:00 a.m. |
| Defendant.     ] | Ctrm: MCE |
| ] | |
| _____     ] | |

It is hereby stipulated and agreed to by Bret Allan Nichols, by and through his counsel Russell W. Miller, Jr., and the United States of America, by and through Assistant United States Attorney William Wong, that the Judgment and Sentencing presently set for Thursday, October 8, 2015 at 9:00 a.m. be vacated and rescheduled for Judgment and Sentencing on December 3, 2015 at 9:00 a.m.

A continuance of the Judgment and Sentencing is necessary because the psychologist retained to perform an evaluation of Mr. Nichols will not be able to complete her report until early November. Therefore, the parties request that the judgment and sentencing be continued to December 3, 2015 at 9:00 a.m.

///

///

///

-1-

STIPULATION AND ORDER CONTINUING SENTENCING

Parties further stipulate that, should the government wish to respond to the findings of the psychological evaluation, adequate time shall be provided to do so.

Dated: October 7, 2015

         By: //s// Russell W. Miller, Jr.
          RUSSELL W. MILLER, JR.
          Attorney for Defendant,
          Bret Allan Nichols

Dated: October 7, 2015

         //s// Russell W. Miller, Jr. for
         By: William Wong
          WILLIAM WONG
          Assistant United States Attorney

**ORDER**

  IT IS ORDERED that the Judgment and Sentencing currently scheduled for October 8, 2015 at 9:00 a.m. is continued to December 3, 2015 at 9:00 a.m. For the reasons stipulated by the parties, good cause exists pursuant to 18 U.S.C. §3161(h)(7)(B)(iv).

  IT IS SO ORDERED.

Dated: October 9, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT