```
RUSSELL W. MILLER, JR. (CA SBN 187728)
Miller Law Group
901 H Street, Suite 612
Sacramento, CA  95814
Telephone:  (916) 447-7223
Facsimile:  (916) 444-6456

Attorney for Defendant,
BRET ALLAN NICHOLS
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ] | No. 2:13-CR-00400 MCE |
|---|---|---|
| Plaintiff | ] | STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING |
| BRET ALLAN NICHOLS, | ] | Date:  January 6, 2016 |
| | ] | Time: 9:00 a.m. |
| Defendant. | ] | Ctrm: MCE |

It is hereby stipulated and agreed to by Bret Allan Nichols, by and through his counsel Russell W. Miller, Jr., and the United States of America, by and through Assistant United States Attorney William Wong, that the Judgment and Sentencing presently set for Thursday, January 6, 2016 at 9:00 a.m. be vacated and rescheduled for Judgment and Sentencing on February 25, 2016 at 9:00 a.m.

A continuance of the Judgment and Sentencing is necessary because the psychologist retained to perform an evaluation of Mr. Nichols will not be able to complete her report until late January 2016. Therefore, the parties request that the Judgment and Sentencing be continued to February 25, 2016 at 9:00 a.m.

///

///

1  Parties further stipulate that, should the government wish to respond to the findings of the psychological
2  evaluation, adequate time shall be provided to do so.
3  Dated: December 30, 2015

By: //s// Russell W. Miller, Jr.
RUSSELL W. MILLER, JR.
Attorney for Defendant,
Bret Allan Nichols

Dated: December 30, 2015

//s// Russell W. Miller, Jr. for
By: William Wong
WILLIAM WONG
Assistant United States Attorney

**ORDER**

It is hereby ordered that the Judgment and Sentencing currently scheduled for January 7, 2016 at 9:00 a.m. is continued to February 25, 2016 at 9:00 a.m.  For the reasons stipulated by the parties, good cause exists pursuant to 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  January 11, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT