1  Kresta Nora Daly, SBN 199689
   **BARTH DALY LLP**
2  431 "I" Street, Suite 201
   Sacramento, California 95814
3  Telephone: (916) 440-8600
   Facsimile:  (916) 440-9610
4  Email:  kdaly@barth-daly.com

5  Attorneys for Defendant
   BRET NICHOLS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:13-CR-0400-MCE |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| BRET NICHOLS, | |
| Defendant. | |

Assistant United States Attorney William Wong and Bret Nichols, through his counsel, Kresta Nora Daly, hereby stipulate the psychological evaluation previously provided to probation shall be sealed and returned to defense counsel forthwith.

///
///
///
///
///
///
///
///
///

{00018742}

1

STIPULATION AND ORDER                                                       [Case No. 2:13-CR-0400-MCE]

Dated:  April 26, 2016         Respectfully submitted,

By    /s/ Kresta Nora Daly
         William S. Wong

Dated:  April 26, 2016         Respectfully submitted,

BARTH DALY LLP

By    /s/ Kresta Nora Daly
         KRESTA NORA DALY
         Attorneys for BRET NICHOLS

**IT IS SO ORDERED.**

**DATED:  May 4, 2016**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

{00018742}

2

STIPULATION AND ORDER                                          [Case No. 2:13-CR-0400-MCE]