1  Kresta Nora Daly, SBN 199689
   **BARTH DALY LLP**
2  431 "I" Street, Suite 201
   Sacramento, California 95814
3  Telephone: (916) 440-8600
   Facsimile:  (916) 440-9610
4  Email:  kdaly@barth-daly.com

5  Attorneys for Defendant
   BRET NICHOLS
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    | Case No. 2:13-CR-0400-MCE |
12 | Plaintiff,                    |                           |
   |                               | **AMENDED STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
13 | v.                            |                           |
14 | BRET NICHOLS,                 | Date:  May 5, 2016        |
15 | Defendant.                    | Time:  9:00 a.m.          |
   |                               | Judge: Judge Morrison C. England, Jr. |

16

17     Bret Nichols, through his counsel, Kresta Nora Daly, requests that the judgment and
18 sentencing hearing set for May 5, 2016 be continued to June 23, 2016.
19     Defense counsel has become aware of related charges in another jurisdiction.  Defense
20 counsel is attempting to learn more about those charges.
21     The government does not oppose defense counsel's request.
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

{00018774}

1

Dated:  May 2, 2016           Respectfully submitted,


                              By    /s/ Kresta Nora Daly
                                    William S. Wong
                                    Assistant United States Attorney

Dated:  May 2, 2016           Respectfully submitted,

                              BARTH DALY LLP


                              By    /s/ Kresta Nora Daly
                                    KRESTA NORA DALY
                                    Attorneys for BRET NICHOLS

    The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    It is further ordered that the May 5, 2016 sentencing hearing shall be continued until June 23, 2016, at 9:00 a.m.

    IT IS SO ORDERED.

Dated: May 5, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE