PHILLIP A. TALBERT
Acting United States Attorney
WILLIAM S. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BRET NICHOLS,<br><br>　　　　　　　　　Defendant. | CASE NO. 2:13-CR-0400-MCE<br><br>STIPULATION AND ORDER RESETTING SENTENCING HEARING<br><br>DATE: June 23, 2016<br>TIME: 9:00 a.m.<br>CRTM: Hon. Morrison C. England, Jr. |

　　　Plaintiff United States of America, by and through its counsels of record, Assistant United States Attorney, William S. Wong, and defendant Bret Nichols, by and through his counsel of record, Kresta Daly, hereby stipulate that the judgment and sentencing hearing set for June 23, 2016 be continued to July 28, 2016., at 9:00 a.m.

　　　Counsel for the government has had a family medical emergency requiring surgery, and thus, counsel for the government has taken time off as family sick leave and may need to take additional time off for care of his family member. Therefore, the parties have agreed and respectfully request that the Court set the date of July 28, 2016, at 9:00 a.m. for judgment and sentencing.

IT IS SO STIPULATED.

STIPULATION AND ORDER　　　　　　　　　　　　1

Dated:  June 20, 2016                          PHILLIP A. TALBERT
                                               Acting United States Attorney

                                               /s/ WILLIAM S. WONG
                                               WILLIAM S. WONG
                                               Assistant United States Attorney


Dated:  June 20, 2016                          /s/ KRESTA DALY
                                               KRESTA DALY
                                               Counsel for Defendant
                                               Bret Nichols


## ORDER

Good cause having been shown and upon the stipulation of all parties, the sentencing hearing currently scheduled for June 23, 2016, is VACATED and continued to July 28, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  June 22, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER                                2