1  PHILLIP A. TALBERT
   Acting United States Attorney
2  WILLIAM S. WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT
9
                      EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,          CASE NO. 2:13-CR-0400-MCE

12                Plaintiff,          STIPULATION AND ORDER  RESETTING
                                      SENTENCING HEARING
13         v.
                                      DATE: July 28, 2016
14 BRET NICHOLS,                      TIME: 9:00 a.m.
                                      CRTM: Hon. Morrison C. England, Jr.
15                Defendant.

16

17
        Plaintiff United States of America, by and through its counsels of record, Assistant United States
18
   Attorney, William S. Wong, and defendant Bret Nichols, by and through his counsel of record, Kresta
19
   Daly, hereby stipulate that the judgment and sentencing hearing set for July 28, 2016 be continued to
20
   September 1, 2016., at 9:00 a.m.
21
        Counsel for the government has had a family medical emergency requiring surgery, and thus,
22
   counsel for the government has taken time off as family sick leave and may need to take additional time
23
   off for care of his family member should medical necessity required it.  Additionally, counsel for the
24
   government is experiencing a pinched nerve in his neck causing pain to radiate down to his left elbow.
25
   Therefore, the parties have agreed and respectfully request that the Court set the date of September 1,
26
   2016, at 9:00 a.m. for judgment and sentencing.
27

28 IT IS SO STIPULATED.

   STIPULATION AND ORDER                    1

1

2

3    Dated:  July 20, 2016                                    PHILLIP A. TALBERT
                                                             Acting United States Attorney

4
                                                             /s/ WILLIAM S. WONG
5                                                            WILLIAM S. WONG
                                                             Assistant United States Attorney
6

7

8    Dated:  July 20, 2016                                   /s/ KRESTA DALY
                                                             KRESTA DALY
9                                                            Counsel for Defendant
                                                             Bret Nichols
10

11

12

13                                      **ORDER**

14        Good cause having been shown, and upon the stipulation of all parties, it is hereby ordered that the

15   July 28, 2016 sentencing hearing shall be continued until September 1, 2016, at 9:00 a.m.

16        IT IS SO ORDERED.

17

18   Dated:  July 29, 2016

19
     _____
20   MORRISON C. ENGLAND, JR
     UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28

     STIPULATION AND ORDER                      2