1  PHILLIP A. TALBERT
   Acting United States Attorney
2  WILLIAM S. WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-0400-MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER RESETTING SENTENCING HEARING |
| v. | DATE: September 1, 2016 |
| BRET NICHOLS, | TIME: 10:00 a.m. |
| Defendant. | CRTM: Hon. Morrison C. England, Jr. |

   Plaintiff United States of America, by and through its counsels of record, Assistant United States Attorney, William S. Wong, and defendant Bret Nichols, by and through his counsel of record, Kresta Daly, hereby stipulate that the judgment and sentencing hearing set for September 1, 2016 be continued to September 29, 2016., at 10:00 a.m.

   Counsel for the government has a court appearance outside the state, and thus, counsel for the government is not available. Therefore, the parties have agreed and respectfully request that the Court set the date of September 29, 2016, at 10:00 a.m. for judgment and sentencing.

   IT IS SO STIPULATED.

STIPULATION AND ORDER                 1

| | |
|---|---|
| Dated: August 12, 2016 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | /s/ WILLIAM S. WONG<br>WILLIAM S. WONG<br>Assistant United States Attorney |
| Dated: August 12, 2016 | /s/ KRESTA DALY<br>KRESTA DALY<br>Counsel for Defendant<br>Bret Nichols |

**ORDER**

Good cause having been shown and upon the stipulation of all parties, it is hereby ordered that the September 1, 2016 sentencing hearing shall be continued to September 29, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated: August 16, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE