Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
BRET NICHOLS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BRET NICHOLS,<br><br>    Defendant. | Case No. 2:13-CR-0400-MCE<br><br>**AMENDED STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING**<br><br>Date:    September 29, 2016<br>Time:    9:00 a.m.<br>Judge:  Judge Morrison C. England, Jr. |

    Bret Nichols, through his counsel, Kresta Nora Daly, requests that the judgment and sentencing hearing set for September 29, 2016 be continued to November 17, 2016.

    Defense counsel requires additional time to follow up on details discovered in the PSR. Defense counsel is preparing for trial in state court and requires more additional time to complete the work necessary in Mr. Nichols' case

    The government does not oppose defense counsel's request.

///

///

///

///

///

Dated:  September 21, 2016        Respectfully submitted,


By      /s/ Kresta Nora Daly
      William S. Wong
      Assistant United States Attorney

Dated:  September 21, 2016        Respectfully submitted,

BARTH DALY LLP


By      /s/ Kresta Nora Daly
      KRESTA NORA DALY
      Attorneys for BRET NICHOLS

    The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    It is further ordered that the September 29, 2016 sentencing hearing shall be continued until November 17, 2016, at 9:00 a.m.

    IT IS SO ORDERED.

Dated:  September 26, 2016

                            MORRISON C. ENGLAND, JR
                            UNITED STATES DISTRICT JUDGE