PHILLIP A. TALBERT
Acting United States Attorney
WILLIAM S. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: 916-554-2700

Attorneys for Respondent
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRET NICHOLS, <br><br> Defendant. | 2:13-CR-00400-MCE <br><br> STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING <br><br> Date:  November 17, 2016 <br> Time:  9:00 a.m. <br> Judge: Judge Morrison C. Englund, Jr. |

     Respondent United States of America, by and through its attorneys of record, Phillip A. Talbert, Acting United States Attorney, and William S. Wong, Assistant United States Attorney, requests that the judgment and sentencing hearing set for November 17, 2016 be continued to December 1, 2016.

     Counsel for the Government is presently responding to section 2255 petitions filed by five defendants in *United States v. Slater, et al.*, 03-CR-00371-MCE which have been consolidated for the Government's response due October 17, 2016. Additionally, counsel for the Government will be out of the country on prepaid annual leave beginning October 18, returning to California on November 09, and returning to the office on November 14, 2016.

     Defense counsel does not oppose the Government's request.

///

///

///

///

Dated:  October 19, 2016                           PHILLIP A. TALBERT
                                                   Acting United States Attorney

                                                   /s/ *WILLIAM S. WONG*
                                                   WILLIAM S. WONG
                                                   Assistant United States Attorney


Dated:  October 19, 2016                           /s/ *KRESTA NORA DALY*
                                                   KRESTA NORA DALY
                                                   Attorney for Bret Nichols


**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the November 17, 2016 sentencing hearing shall be continued until December 1, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  November 1, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE