1  PHILLIP A. TALBERT
   United States Attorney
2  WILLIAM S. WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: 916-554-2700

5  Attorneys for Respondent
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:13-CR-00400-MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING |
| v. | |
| BRET NICHOLS, | Date:   December 15, 2016<br>Time:   10:00 a.m.<br>Judge:  Judge Morrison C. Englund, Jr. |
| Defendant. | |

Respondent United States of America, by and through its attorneys of record, Phillip A. Talbert, United States Attorney, and William S. Wong, Assistant United States Attorney, requests that the judgment and sentencing hearing set for December 15, 2016, be continued to January 19, 2017.

The Court, on its own motion, continued the judgment and sentencing hearing that was set for December 07, 2016 to December 15, 2016. Counsel for the Government is scheduled to have surgery on December 12, 2016 and is expected to be out of the office until December 27, 2016. Counsel for the Government is also scheduled to be out of the state for a medical examination and treatment January 09, 2017 through January 17, 2017.

Defense counsel does not oppose the Government's request and, therefore, stipulated to the sentencing date of January 19, 2017.

///

///

///

STIPULATION TO CONTINUE JUDGMENT AND SENTENCING

Dated: November 29, 2016         PHILLIP A. TALBERT
                                 United States Attorney


                                 /s/ *WILLIAM S. WONG*
                                 WILLIAM S. WONG
                                 Assistant United States Attorney


Dated: November 29, 2016         /s/ *KRESTA NORA DALY*
                                 KRESTA NORA DALY
                                 Attorney for Bret Nichols


**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is further ordered that the December 15, 2016, sentencing hearing shall be continued to January 19, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated: December 2, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE