Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
BRET NICHOLS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:13-CR-0400-MCE |
|---|---|
| Plaintiff, | |
| v. | **REQUEST FOR HOUSING RECOMMENDATION** |
| BRET NICHOLS, | |
| Defendant. | |

Defendant Bret Nichols was sentenced by this Court on January 19, 2017.  During the sentencing defense counsel failed to request the court make a recommendation as to where Mr. Nichols should be housed.  Mr. Nichols respectfully requests the Court recommend Mr. Nichols be housed at Lompoc or Terminal Island in so far as such a recommendation does not conflict with Bureau of Prisons decisions as to security level, housing classifications and subject to space availability.

Dated January 23, 2017

Kresta Nora Daly, attorney for
Bret Nichols

///

///

///

**ORDER**

The Court recommends Bret Nichols be housed at Lompoc or Terminal Island in so far as such recommendation does not conflict with Bureau of Prisons decisions regarding security classifications, housing classifications and subject to space availability.

IT IS SO ORDERED.

Dated: January 25, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE