1  PHILLIP A. TALBERT
   United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           2:13-CR-00400-MCE

12            Plaintiff,
                                        FINAL ORDER OF FORFEITURE
13       v.

14  BRET ALLAN NICHOLS,

15            Defendant.

16

17       WHEREAS, on June 29, 2015, this Court entered a Preliminary Order of Forfeiture pursuant

18  to the provisions of 18 U.S.C. § 2253(a), based upon the plea agreement entered into between

19  plaintiff and defendant Bret Allan Nichols forfeiting to the United States the following property:

20            a)    One computer seized from Bret Allan Nichols on November 14, 2013.

21       AND WHEREAS, beginning on July 3, 2015, for at least 30 consecutive days, the United

22  States published notice of the Court's Order of Forfeiture on the official internet government

23  forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to

24  petition the Court within sixty (60) days from the first day of publication of the notice for a hearing

25  to adjudicate the validity of their alleged legal interest in the forfeited property.

26       AND WHEREAS, no third party has filed a claim to the subject property and the time for

27  any person or entity to file a claim has expired.

28       Accordingly, it is hereby ORDERED and ADJUDGED:

                                          1
                                                           Final Order of Forfeiture

1        1.       A Final Order of Forfeiture shall be entered forfeiting to the United States of America

2 all right, title, and interest in the above-listed asset pursuant to 18 U.S.C. § 2253(a), to be disposed of

3 according to law, including all right, title, and interest of Bret Allan Nichols.

4        2.       All right, title, and interest in the above-listed assets shall vest solely in the name of

5 the United States of America.

6        3.       The U.S. Customs and Border Protection shall maintain custody of and control over

7 the subject property until it is disposed of according to law.

8        IT IS SO ORDERED.

9 Dated:  February 21, 2017

10

11 MORRISON C. ENGLAND, JR
   UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Final Order of Forfeiture